RECEIVED
IN LAKE CHARLES, LA

MAR - 8 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | |
|---|---|
| LLOYD HENRY PHILLIPS | CIVIL ACTION NO. 05-926 |
| VS. | SECTION P |
| GLOBAL EXPERTISE IN OUTSOURCING, | JUDGE MINALDI |
| ET AL | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint against Global Expertise in Outsourcing and the Louisiana Department of Public Safety & Corrections be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that the plaintiff's claims against defendant Chris Wharton remain pending at the current time.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 7 day of ____March____, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE