# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LLOYD HENRY PHILLIPS** | : | **DOCKET NO. 2:05-CV-926** <br> **Section P** |
| **VS.** | : | **JUDGE MINALDI** |
| **GLOBAL EXPERTISE IN OUTSOURCING, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## O R D E R

Currently before the court is a "Motion for Default Judgment" [doc. 56] filed by *pro se* plaintiff, Lloyd Henry Phillips. By this motion, Plaintiff seeks to have the court enter a default judgment against defendant Chris Wharton. However, the docket sheet reveals that Chris Wharton filed an answer on December 5, 2006. [doc. # 53]. Accordingly, plaintiff's motion for default judgment is hereby DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, December 15, 2006.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE