U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

SEP 18 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LLOYD HENRY PHILLIPS** | : | **DOCKET NO. 2:05-cv-926** |
| VS. | : | JUDGE MINALDI |
| **GLOBAL EXPERTISE IN OUTSOURCING, ET AL.** | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the Motion for Summary Judgment [doc. 63] filed by plaintiff, Henry Lloyd Phillips, be DENIED.

IT IS FURTHER ORDERED that the Motion for Summary Judgment [doc. 69] filed on behalf of the defendant, Chris Wharton, be GRANTED and that this civil rights action be DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _17_ day of _Sept_, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE